pire State Surety Company, impleaded, etc. No opinion. Interlocutory judgment affirmed, with costs.

In re J. N. HEGEMAN & CO. (Supreme Court, Appellate Division, First Department. June 25, 1906.) In the matter of J. N. Hegeman & Co. No opinion. Motion for leave to go to Court of Appeals and for stay granted; questions to be certified on settlement of order. Settle order on notice.

JOHNSON, Respondent, v. RAVITCH et al., Defendants. (Supreme Court, Appellate Division, Second Department. June 27, 1906.) Action by Benjamin Johnson against David Ravitch and others. No opinion. Order affirmed, on authority of Johnson v. Ravitch (decided herewith) 99 N. Y. Supp. 1059, with $10 costs and disbursements.

JOHNSON, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Action by Jessie Johnson against the Rochester Railway Company. No opinion. Order affirmed, with costs.

JOHNSON, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 3, 1906.) Action by Jessie Johnson against the Rochester Railway Company. No opinion. Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted.

JOHNSON, Respondent, v. SIMMONS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 17, 1906.) Action by Martin I. Johnson against Joseph Simmons and others. No opinion. Motion denied, and temporary stay vacated.

JOHNSON, Respondent, v. WHITE et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by Martin I. Johnson against Sarah J. White and others. No opinion. Appeal dismissed, with $10 costs and disbursements.

JONES et al., Respondents, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by George R. Jones and George Aubinger against the Long Island Railroad Company.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

JENKS and MILLER, JJ., dissent.

JONES, Respondent, v. MOSS, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Ann Eliza Jones against Courtlandt D. Moss. No opinion. Judgment and order unanimously affirmed, with costs.

In re JOSEPHSSON. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) In the matter of the application of Axel Josephsson for admission to the bar. No opinion. Application granted.

In re KAFFENBURGH. (Supreme Court, Appellate Division, First Department. July 12, 1906.) In the matter of Abraham H. Kaffenburgh. No opinion. Ordered that respondent file answer in 20 days.

KAPLAN, Respondent, v. WEISSENGRUN, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by Louis Kaplan against Herman Weissengrun. No opinion. Motion denied.

KAUFMAN, Respondent, v. JUDAH, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by Carrie Kaufman against Jennie Judah. F. Bien, for appellant. E. Jacobs, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KAVANAGH, Respondent, v. NEW YORK & N. J. ICE LINES, Appellant. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by Francis R. Kavanagh, a creditor, against the New York & New Jersey Ice Lines.

PER CURIAM. Interlocutory judgment affirmed, with costs.

HOOKER, J., dissents.

KEEPERS. v. WEST VIRGINIA BRIDGE CO. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by William H. Keepers against the West Virginia Bridge Company. No opinion. Motion for stay denied, with $10 costs. Settle order on notice.

KELLOGG et al., Respondents, v. SOWERBY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Action by Spencer Kellogg and another against George F. Sowerby and others.

PER CURIAM. Judgment and order affirmed, with costs.

NASH, J., not sitting.

KELLY, Respondent, v. BROOKLYN BOROUGH GAS CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by Loretta Kelly, an infant, by Joseph Kelly, her guardian ad litem, against the Brooklyn Borough Gas Company. No opinion. Motion to dismiss appeal granted.

KELTON, Appellant, v. KELTON, Respondent. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by Chauncey Kelton against Mary L. Kelton. No opinion. Judgment affirmed, with costs.

KENDALL, Respondent, v. CARNRICK, Appellant. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Frank P. Kendall against Gertrude Carnrick, as executrix. B. N. Cardozo, for appellant. J. M. Bowers, for respondent. No opin-